**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
501 West Broadway, Suite 1760
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
E-mail: gosborne@onlawllp.com

Attorneys for Plaintiff
PC Specialists, Inc., dba Technology Integration Group

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PC SPECIALISTS, INC., dba TECHNOLOGY INTEGRATION GROUP, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | CASE NO. 14-cv-1920-BEN-MDD<br><br>NOTICE OF SETTLEMENT |

Plaintiff PC SPECIALISTS, INC., dba TECHNOLOGY INTEGRATION GROUP ("TIG"), hereby notifies the Court that the parties to the above-captioned action have agreed to a settlement. Plaintiff intends to file a Request for Dismissal as soon as the agreed upon preconditions have been satisfied.

DATED:  June 4, 2015         OSBORNE & NESBITT LLP


By:    /s/ Gary W. Osborne
       Gary W. Osborne
       Attorneys for Plaintiff PC
       SPECIALISTS, INC., DBA
       TECHNOLOGY INTEGRATION
       GROUP