**Gary W. Osborne (Bar No. 145734)**
**Dominic S. Nesbitt (Bar No. 146590)**
OSBORNE & NESBITT LLP
501 West Broadway, Suite 1760
San Diego, California 92101
Phone: (619) 557-0343
Fax: (619) 557-0107
E-mail: gosborne@onlawllp.com

Attorneys for Plaintiff
PC Specialists, Inc., dba Technology Integration Group

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PC SPECIALISTS, INC., dba TECHNOLOGY INTEGRATION GROUP, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | CASE NO. 14-cv-1920-BEN-MDD<br><br>NOTICE OF DISMISSAL |

Plaintiff PC SPECIALISTS, INC., dba TECHNOLOGY INTEGRATION GROUP ("TIG"), hereby dismisses with prejudice the above-captioned action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

DATED:  October 8, 2015     OSBORNE & NESBITT LLP


By:   /s/ Gary W. Osborne
Gary W. Osborne
Attorneys for Plaintiff PC SPECIALISTS, INC., DBA TECHNOLOGY INTEGRATION GROUP